OPINION #   O-7355   WAS NEVER ISSUED OR

WAS WITHDRAWN.